EXHIBIT "F"

EXHIBIT "F"




R-277  STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
JAN 31, 2005      08:01 AM

Doc No(s) 2005-017755

/s/ CARL T. WATANABE
REGISTRAR OF CONVEYANCES

I hereby certify that this is a true copy from the records of the Bureau of Conveyances,

_Niles H. Jmanaka_
Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii

20   3/7   Z3

LAND COURT SYSTEM — AFTER RECORDATION, RETURN BY MAIL (✓)   PICK UP ( )

Calhoun, LLC
1354 Lower Main St.
Wailuku, HI 96793

REGULAR SYSTEM

TG: 200445278-S
TGE: A4-202-0563     PG. 3
Kris Klask

## CONSENT TO ASSIGNMENT OF LEASE

Assignor: GERALD KWOCKHEN WONG, CLYDE TAKASHI KANESHIRO AND ROBIN JOY ISHIBASHI

Assignee: CALHOUN, LLC, a Hawaii Limited Liability Company

Lessor: HAROLD W. CONROY and WINIFRED ANN STARK, Trustees under that indenture of trust dated February 25, 1974, (HAROLD W. CONROY TRUST "C") executed by Harold W. Conroy as Settlor in which WINIFRED ANN STARK is named as beneficiary,

Property: Lot 14-A of the Wili Ko Subdivision, Lahaina, Maui, Hawaii

Liber/Page:

Document No.: N/A
Transfer Certificate of Title No(s).: N/A

## CONSENT TO ASSIGNMENT OF LEASE

KNOW ALL MEN BY THESE PRESENTS:

That HAROLD W. CONROY and WINIFRED ANN STARK, Trustees under



EXHIBIT "F"                           Page 1 of 4

that indenture of trust dated February 25, 1974, (HAROLD W. CONROY TRUST "C") executed by Harold W. Conroy as Settlor in which WINIFRED ANN STARK is named as beneficiary, being the lessors under that certain lease dated March 22, 1974, recorded in the Bureau of conveyances of the State of Hawaii in Liber 11585, Page 1, as amended, demising and leasing to TRANS-PACIFIC CORPORATION, a Hawaii Corporation, as Lessee, the real property described therein, do hereby consent to the assignment by GERALD KWOCKHEN WONG, CLYDE TAKASHI KANESHIRO AND ROBIN JOY ISHIBASHI, as Assignors to CALHOUN, LLC, a Hawaii Limited Liability Company, as Assignee, effective as of December 1, 2004, SUBJECT, HOWEVER, to the making by the Assignee of all payments and the observance and performance of all the terms, covenants, provisions and conditions contained in said lease as amended and on the part of the lessee to be observed and performed, including without limitation thereon, the monthly rental to be paid to the Trustees as Lessors; it being understood that this consent shall not be deemed to release (i) TRANS-PACIFIC CORPORATION, JAMES A. PATERSON or FRANK B. DENIS, JR., WENDY D. DENIS, BRUCE F. DENIS, FRANCINE A. DENIS, and ASSIGNORS from liability under said lease, nor (ii) JAMES A. PATTERSON from liability under that certain guaranty agreement executed by JAMES A. PATTERSON dated as of March 22, 1974, nor shall this consent be construed as a waiver of any of the terms, covenants, provisions or conditions in said lease contained and on the part of the lessee to be observed and performed, or in the guaranty agreement. It being further understood that all rights of the Lessors against said Assignors, TRANS-PACIFIC CORPORATION and JAMES A. PATTERSON are hereby expressly reserved in effect as if the aforementioned assignment had not occurred. Said Assignment dated December 28, 2004, recorded concurrently herewith.

Page 2 of 4

IN WITNESS WHEREOF, said Lessors have caused these presents to be executed this ____ day of January, 2005.

*/s/ Harold W. Conroy*
HAROLD W. CONROY

*/s/ Winifred Ann Stark*
WINIFRED ANN STARK

Trustees under that indenture of trust dated February 25, 1974, (HAROLD W. CONROY TRUST "C") executed by Harold W. Conroy as Settlor in which WINIFRED ANN STARK is named as beneficiary,

Page 3 of 4

STATE OF HAWAII                    )
                                   ) SS:
CITY AND COUNTY OF HONOLULU        )

On this 17th day of January, 2005, before me personally appeared HAROLD W. CONROY, one of the Trustees under that indenture of trust dated February 25, 1974, (Harold W. Conroy Trust "C") executed by Harold W. Conroy as Settlor in which Winifred Ann Stark is named as beneficiary, to me known to be the person who executed the foregoing instrument and acknowledged that he executed the same as his free act and deed, as said Trustees.



Michele Renee Buloson
Notary Public, State of Hawaii

My Commission expires:
Michele Renee Buloson
Expiration Date: June 2, 2006

STATE OF CALIFORNIA                )
                                   ) SS:
COUNTY OF SONOMA                   )

On this 12 day of January, 2005, before me personally appeared WINIFRED ANN STARK, one of the Trustees under that indenture of trust dated February 25, 1974, (Harold W. Conroy Trust "C") executed by Harold W. Conroy as Settlor in which Winifred Ann Stark is named as beneficiary, to me known to be the person who executed the foregoing instrument and acknowledged that she executed the same as her free act and deed, as said Trustees.



Notary Public, State of California

