EXHIBIT "J"

EXHIBIT "J"

# COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

**ISLAND INSURANCE COMPANIES**

This Coverage Part consists of this Declarations Form, the Common Policy Conditions, the Commercial Property Conditions, the Coverage Form(s) and the endorsements indicated as applicable. (See "Common Policy Declarations" for ITEMS 1. and 2.)

| | | |
|---|---|---|
| Policy No.: | IJX9716843-12 | Effective Date: 9/23/2022 |

Named Insured:     **C & A Investment LLC**

3. **DESCRIPTION OF PREMISES:**

   See Supplemental Declarations attached

   COVERAGES PROVIDED – Insurance at the described premises applies only for Coverages for which a Limit of Insurance is shown. Optional coverages are provided only when entries are shown as being applicable.

   See Supplemental Declarations attached

4. **MORTGAGE HOLDER(S)::**

   See Supplemental Mortgageholder CPMTG 10 11 if attached

5. **DEDUCTIBLE:**

   See Supplemental Declarations attached

   TOTAL PREMIUM FOR THIS COVERAGE PART:   $ 7,036.

6. **FORMS AND ENDORSEMENTS APPLICABLE:**

   See Schedule of Forms and Endorsements CPFS 03 18

I-CIP-4 03 18

EXHIBIT "J"

**ISLAND INSURANCE COMPANY**

POLICY NUMBER:   IJX9716843-12
NAMED INSURED:   C & A Investment LLC

DESCRIPTION OF PREMISES

| LOC NO. | BLDG. NO. | LOCATION | CONSTRUCTION | OCCUPANCY |
|---|---|---|---|---|
| 1 | 1 | See Supplemental Commercial Premises Declarations | | |

COVERAGES PROVIDED – Insurance at the described premises applies only for Coverages for which a Limit of Insurance is shown. Optional coverages are provided only when entries are shown as being applicable.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | | RATES | PREMIUM |
|---|---|---|---|---|---|
| Building | 2,000,000. | Special | Gr. I | 0.108 | $ 2,339. |
| | | | Gr. II | 0.138 | 2,989. |
| | | | Special | 0.018 | 390. |
| | | | Equipment Breakdown | .083 | Included |

COINSURANCE:     100%
DEDUCTIBLE:     $5,000.
HURRICANE DEDUCTIBLE
    PERCENTAGE:     15%
    MINIMUM:     $300,000.

OPTIONAL COVERAGES
    INFLATION GUARD:     Not Applicable
    REPLACEMENT COST:     Yes
    AGREED VALUE:     $2,000,000.     EXPIRATION DATE:     09/23/23
    OFF PREMISES POWER FAILURE:     Not Applicable

ICPSUPP 1011     Page 1 of 2

**ISLAND INSURANCE COMPANY**

POLICY NUMBER:   IJX9716843-12
NAMED INSURED:   C & A Investment LLC

DESCRIPTION OF PREMISES

| LOC NO. | BLDG. NO. | LOCATION | CONSTRUCTION | OCCUPANCY |
|---|---|---|---|---|
| 1 | 1 | See Supplemental Commercial Premises Declarations | | |

COVERAGES PROVIDED – Insurance at the described premises applies only for Coverages for which a Limit of Insurance is shown. Optional coverages are provided only when entries are shown as being applicable.

| COVERAGE | LIMIT OF INSURANCE | COVERED CAUSE OF LOSS | | RATES | PREMIUM |
|---|---|---|---|---|---|
| **Business Income With Extra Expense** | 360,000. | Special | Gr. I | 0.087 | $ 339. |
| | | | Gr. II | 0.113 | 441. |
| | | | Special | 0.138 | 538. |
| | | Equipment Breakdown | | .083 | Included |

COINSURANCE:                        90%
HURRICANE DEDUCTIBLE PERIOD:        28            NUMBER OF DAYS

OPTIONAL COVERAGES
   AGREED VALUE:                              Not Applicable
   OFF PREMSIES POWER FAILURE :               Not Applicable
   MONTHLY LIMIT OF INDEMNITY (FRACTION):     Not Applicable
   MAXIMUM PERIOD OF INDEMNITY:               Not Applicable
   EXTENDED PERIOD OF INDEMNITY (DAYS):       Not Applicable

**SUPPLEMENTAL COMMERCIAL PREMISES DECLARATIONS**

| POLICY NUMBER: | IJX9716843-12 | EFFECTIVE DATE: | 092322 |
|---|---|---|---|
| NAMED INSURED: | C & A Investment LLC | | |

| LOC # | BLDG # | LOCATION ADDRESS: | | | | CONSTRUCTION | OCCUPANCY |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1000 | Limahana Place | | | NON-COMBUSTIBLE | Management Consultants |
| | | | Lahaina, Maui | HI | 96761 | | |

ICPLOC 1011                                                                                   Page 1 of 1