IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| CHARLES D. STARK AND TODD J. STARK, CO-TRUSTEES OF THE HAROLD W. CONROY TRUST "C", <br><br> Plaintiffs, <br><br> vs. <br><br> GERALD KWOCKCHEN WONG, individually; CLYDE TAKASHI KANESHIRO, individually; ROBIN JOY ISHIBASHI, individually; C & A INVESTMENT LLC, a Hawaii limited liability company; and REAL ESTATE DELIVERY 2, INC., a Hawaii corporation, <br><br> Defendants. | CIVIL NO.  1:25-cv-00207-MWJS-RT <br><br> CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following:

**Served Electronically through CM/ECF:**

MACDONALD RUDY
O'NEIL & YAMAUCHI, LLP
MICHAEL D. RUDY
1001 Bishop Street, Suite 2800
Honolulu, Hawaii 96813

Attorneys for Plaintiffs
CHARLES D. STARK and
TODD J. STARK, Co-Trustees of the
Harold W. Conroy Trust "C"

SHAWN MAILE NAKOA
Kala Cottage #6
65-1231 Opelo Road
Kamuela, Hawaii 96743

WILLIAM C. BYRNS
MONICA K. S. CHOI
745 Fort Street, Suite 800
Honolulu, Hawaii 96813

Attorneys for Defendants/Cross-Claimants
CLYDE TAKASHI KANESHIRO
and ROBIN JOY ISHIBASHI

DATED:  Honolulu, Hawaiʻi, June 27, 2025.

　　　　　　　　　　　　　　　　/s/ *Derek B. Simon*
　　　　　　　　　　　　　　　　WILLIAM M. HARSTAD
　　　　　　　　　　　　　　　　DEREK B. SIMON
　　　　　　　　　　　　　　　　MATTHEW T. SHIMABUKURO

　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　C & A INVESTMENT LLC