# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CHARLES D. STARK AND TODD J. STARK, CO-TRUSTEES OF THE HAROLD W. CONROY TRUST "C",<br><br>　　Plaintiffs,<br><br>vs.<br><br>GERALD KWOCKHEN WONG, individually; CLYDE TAKASHI KANESHIRO, individually; ROBIN JOY ISHIBASHI, individually; C & A INVESTMENT LLC, a Hawaii limited liability company, and REAL ESTATE DELIVERY 2, INC., a Hawaii corporation,<br><br>　　Defendants. | Civil No. 1:25-cv-00207 MWJS-RT<br><br>CERTIFICATE OF SERVICE |
| REAL ESTATE DELIVERY 2, INC., a Hawaii corporation,<br><br>　　Cross-Claim Plaintiff,<br><br>vs.<br><br>C & A INVESTMENT LLC, a Hawaii limited liability company,<br><br>　　Cross-Claim Defendant. | |

# CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing document was served upon the following parties electronically through CM/ECF:

MICHAEL D. RUDY, ESQ.  mrudy@macdonaldrudy.com
RALPH J. O'NEILL, ESQ.  ralphoneill@macdonaldrudy.com
Macdonald Rudy
1001 Bishop Street, Suite 2800
Honolulu, Hawaii 96813

Attorneys for Plaintiffs
CHARLES D. STARK and TODD J. STARK,
Co-Trustees of the Harold W. Conroy Trust "C"

SHAWN M. NAKOA, ESQ.  snakoa@rmkona.com
Rush Moore LLP
Kala Cottage #6
65-1231 Opelo Road
Kamuela, Hawaii 96743

WILLIAM C. BYRNS, ESQ.  wbyrns@rmhawaii.com
MONICA K. S. CHOI, ESQ.  mchoi@rmhawaii.com
Rush Moore LLP
745 Fort Street, Suite 800
Honolulu, Hawaii 96813

Attorneys for Defendants/Cross-Claimants
CLYDE TAKASHI KANESHIRO
and ROBIN JOY ISHIBASHI

WILLIAM M. HARSTAD, ESQ.  wharstad@carlsmith.com
DEREK B. SIMON, ESQ.  dsimon@carlsmith.com
MATTHEW T. SHIMABUKURO, ESQ.  mshimabukuro@carlsmith.com
Carlsmith Ball LLP
ASB Tower, Suite 2100
1001 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
C & A INVESTMENT LLC

DATED: Honolulu, Hawai'i, June 30, 2025.

    */s/ Craig K. Shikuma*
KOBAYASHI SUGITA & GODA, LLP
CRAIG K. SHIKUMA
CAYCIE K. GUSMAN WONG
Attorneys for Defendant/Cross-Claim Plaintiff
REAL ESTATE DELIVERY 2, INC.